# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-six.

Before:     Guido Calabresi,
            Denny Chin,
            Sarah A. L. Merriam,
                *Circuit Judges*.

_____

Creditincome Limited, Creditincome Pension Scheme, Double Plateau Holdings LLC, Gi Rui Co., LTD., Red White Investment, Ltd., Rui Gi Lou International Co., Ltd, Solar Talent International Limited, Springcore Ltd, Westonbirt Fund LP, The Nomura Trust and Banking Co., Ltd., as trustee for 039909706, AllianceBernstein Global High Income Mother Fund, AB SICAV I - All Market Income Portfolio, AB Canada Core Plus Advanced Bond Fund, AB Bond Fund, Inc. - AB Bond Inflation Strategy, AB SICAV I - Global Income Portfolio, Skymark Company S.A., Sanford C. Bernstein Fund, Inc. - AB Intermediate Duration Portfolio, AB SICA V I - Global Plus Fixed Income Portfolio, AB Active ETFs, Inc. - AB High Yield ETF, Kamina Holdings Limited, AB SICAV I - Short Duration Income Portfolio, AB Canada Core Plus Long Duration Bond Fund, Song Wen Tyng, KSH Financial Holdings Limited, Custody Bank of Japan, Ltd, as trustee for 01229−1001/119701, AllianceBernstein High Yield Open, AB SICAV I - US High Yield Portfolio, AB FCP I - American Income Portfolio, AB SICAV I - Global Dynamic Bond Portfolio, AB SICAV I - Sustainable Euro High Yield Portfolio, AB SICAV I - Financial Credit Portfolio, Raymond B.V.I. Limited, AB High Income Fund, Inc, AllianceBernstein Global High Income Fund, Inc., AB Bond Fund, Inc. - AB Total Return Bond Portfolio, AllianceBernstein Dynamic Global Fixed Income Fund, Custody Bank of Japan, Ltd. as trustee for 01729-9180/901080, AB Global Hybrid

**JUDGMENT**

Docket No. 25-2733

Securities Mother Fund, AB Active ETFs, Inc. -
AB Short Duration Income ETF, Exclusive Plus
Project Management, Zhang Sherwin, AB FCP I -
Global High Yield Portfolio, AB LP, AB
Collective Investment Trust Series - AB US High
Yield Collective Trust, Sanford C. Bernstein
Fund, Inc. - Overlay B Portfolio, AB Canada
Core Plus Bond Fund, Sanford C. Bernstein Fund
II, Inc. − Bernstein Intermediate Duration
Institutional Portfolio, Bybrook Capital Master
Fund LP, Luen Po BVI, AB Bond Fund, Inc. -
AB Income Fund,

        Plaintiffs - Appellants,

  v.

The Swiss Confederation,

        Defendant - Appellee.

_____

     The appeal in the above captioned case from an order and judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                         For the Court:
                         Catherine O'Hagan Wolfe,
                         Clerk of Court